IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL STEVEN FOSTER

INDICTMENT

3:05cr135/LAC

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH THIRTEEN

That on or about the dates listed below, in the Northern District of Florida, within the special maritime and territorial jurisdiction of the United States, that is, Eglin Air Force Base, the defendant,

MICHAEL STEVEN FOSTER,

did knowingly engage in a sexual act, as defined in Title 18 United States Code, Section 2246, with A.F., who had not yet then attained the age of twelve (12) years.

| COUNT | DATES |
|---|---|
| ONE | DURING THE MONTH OF JUNE 2002 |
| TWO | DURING THE MONTH OF JULY 2002 |
| THREE | DURING THE MONTH OF AUGUST 2002 |

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 DEC 13 PM 4:54

FILED

Returned in open court pursuant to Rule 6(f)

12-13-05
Date

_Elizabeth M. Timothy_
United States Magistrate Judge

| COUNT | DATES |
|---|---|
| FOUR | DURING THE MONTH OF SEPTEMBER 2002 |
| FIVE | DURING THE MONTH OF OCTOBER 2002 |
| SIX | DURING THE MONTH OF NOVEMBER 2002 |
| SEVEN | DURING THE MONTH DECEMBER 2002 |
| EIGHT | DURING THE MONTH OF JANUARY 2003 |
| NINE | DURING THE MONTH OF FEBRUARY 2003 |
| TEN | DURING THE MONTH OF MARCH 2003 |
| ELEVEN | DURING THE MONTH OF APRIL 2003 |
| TWELVE | DURING THE MONTH OF MAY 2003 |
| THIRTEEN | DURING THE MONTH OF JUNE 2003 |

All in violation of Title 18, United States Code, Sections 2241(c) and 7.

## COUNTS FOURTEEN THROUGH FORTY-ONE

That on or about the dates listed below, in the Northern District of Florida, within the special maritime and territorial jurisdiction of the United States, that is, Eglin Air Force Base, the defendant,

**MICHAEL STEVEN FOSTER,**

did knowingly engage in a sexual act, as defined in Title 18, United States Code, Section 2246, with A.F., who was at that time between the ages of twelve (12) and sixteen (16) years.

| COUNT | DATES |
|---|---|
| FOURTEEN | DURING THE MONTH OF JULY 2003 |

2

| | |
|---|---|
| **FIFTEEN** | DURING THE MONTH OF AUGUST 2003 |
| **SIXTEEN** | DURING THE MONTH OF SEPTEMBER 2003 |
| **SEVENTEEN** | DURING THE MONTH OF OCTOBER 2003 |
| **EIGHTEEN** | DURING THE MONTH OF NOVEMBER 2003 |
| **NINETEEN** | DURING THE MONTH OF DECEMBER 2003 |
| **TWENTY** | DURING THE MONTH OF JANUARY 2004 |
| **TWENTY-ONE** | DURING THE MONTH OF FEBRUARY 2004 |
| **TWENTY-TWO** | DURING THE MONTH OF MARCH 2004 |
| **TWENTY-THREE** | DURING THE MONTH OF APRIL 2004 |
| **TWENTY-FOUR** | DURING THE MONTH OF MAY 2004 |
| **TWENTY-FIVE** | DURING THE MONTH OF JUNE 2004 |
| **TWENTY-SIX** | DURING THE MONTH OF JULY 2004 |
| **TWENTY-SEVEN** | DURING THE MONTH OF AUGUST 2004 |
| **TWENTY-EIGHT** | DURING THE MONTH OF SEPTEMBER 2004 |
| **TWENTY-NINE** | DURING THE MONTH OF OCTOBER 2004 |
| **THIRTY** | DURING THE MONTH OF NOVEMBER 2004 |
| **THIRTY-ONE** | DURING THE MONTH OF DECEMBER 2004 |
| **THIRTY-TWO** | DURING THE MONTH OF JANUARY 2005 |
| **THIRTY-THREE** | DURING THE MONTH OF FEBRUARY 2005 |
| **THIRTY-FOUR** | DURING THE MONTH OF MARCH 2005 |

| | |
|---|---|
| **THIRTY-FIVE** | DURING THE MONTH OF APRIL 2005 |
| **THIRTY-SIX** | DURING THE MONTH OF MAY 2005 |
| **THIRTY-SEVEN** | DURING THE MONTH OF JUNE 2005 |
| **THIRTY-EIGHT** | DURING THE MONTH OF JULY 2005 |
| **THIRTY-NINE** | DURING THE MONTH OF AUGUST 2005 |
| **FORTY** | DURING THE MONTH OF SEPTEMBER 2005 |
| **FORTY-ONE** | DURING THE MONTH OF OCTOBER 2005 |

All in violation of Title 18, United States Code, Sections 2243(a) and 7.

A TRUE BILL:

_____
FO~

12/13/2005
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
TIFFANY H. SIMS
Assistant United States Attorney

4