# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:05cr135LAC

MICHAEL STEVEN FOSTER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   April 11, 2006

Motion/Pleadings:  EXPEDITED MOTION FOR CONTINUANCE OF SENTENCING AND MOTION FOR ABBREVIATED MENTAL EVALUATION

Filed by DEFENDANT                    on 4/7/05           Doc.# 25

RESPONSES:

_____                    on _____           Doc.# _____
_____                    on _____           Doc.# _____

_____ Stipulated      _____ Joint Pldg.
  X   Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 12th day of April, 2006, that:*

*(a) The relief requested is **GRANTED.***

*(b) Sentencing is continued to May 9, 2006 @ 9:00 am.*

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.