IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs. Case No.: 3:05cr135/LAC/EMT

MICHAEL STEVEN FOSTER
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 2, 2017 (ECF No. 69). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended Petition for Writ of Audita Querela Under the 'All Writs Act' 28 U.S.C. § 1651 'Judgment Which Correct When Rendered' 'since has Become

Invalid' [Petition and Brief Combined]" (ECF No. 68) is **DENIED**.

**DONE AND ORDERED** this 19th day of April, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:05cr135/LAC/EMT